1 **Theodore W. Hoppe  #138064**
**HOPPE LAW GROUP**
*A PROFESSIONAL LAW OFFICE*
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

**Randall S. Thompson #45581 (pro hac vice forthcoming)**
**HUSCH BLACKWELL LLP**
The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Telephone: (213) 362-7777*
*Facsimile: (213) 362-7788*

**Laura B. Staley  #52092 (pro hac vice forthcoming)**
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Telephone: (314) 345-6243*
*Facsimile: (314) 480-1505*

Attorneys for Defendant, ARCH CHEMICALS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * * * *

| | |
|---|---|
| NADINE CANSLER, | Case No.: **1:12-cv-00023-AWI-GSA** |
| Plaintiff, | **ORDER RE: STIPULATION TO EXTEND TIME TO ALLOW ARCH CHEMICALS, INC TO APPEAR AND RESPOND TO COMPLAINT** |
| vs. | |
| ARCH CHEMICALS, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff, NADINE CANSLER, ("Plaintiff") and Defendant, ARCH CHEMICALS, INC. ("Defendant"), by and through their attorneys of record, agree as follows:

Plaintiff, NADINE CANSLER agrees that Defendant, ARCH CHEMICALS, INC. shall have through and including **January 20, 2012** to respond to the Complaint filed by Plaintiff on November 18, 2011 in the Tulare County Superior Court.

IT IS THEREFORE STIPULATED, pending a further order of the Court, that Defendant, ARCH CHEMICALS, INC. be allowed to appear and respond on or before **January 20, 2012** to the Complaint filed on November 18, 2011.

Respectfully submitted,

DATED: January 10, 2012.            HOPPE LAW GROUP

By: /s/ Theodore W. Hoppe
      Theodore W. Hoppe
      Attorneys for Defendant
      ARCH CHEMICALS, INC.

Respectfully submitted,

DATED: January 10, 2012.            LAW OFFICES OF ERIC P. OREN

By: /s/ Eric P. Oren
      Eric P. Oren
      Attorneys for Plaintiff
      NADINE CANSLER.

# O R D E R

Pursuant to the parties' stipulation, Defendant, ARCH CHEMICALS, INC. is hereby granted an extension through **January 20, 2012** to file a response to the Complaint.

IT IS SO ORDERED.

Dated:   **January 12, 2012**            /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE