1 **Theodore W. Hoppe  #138064**
**HOPPE LAW GROUP**
2 *A PROFESSIONAL LAW OFFICE*
*680 W. Shaw Avenue, Suite 207*
3 *Fresno, California 93704*
*Telephone (559) 241-7070*
4 *Facsimile (559) 241-7212*

5 **Randall S. Thompson #45581 (pro hac vice forthcoming)**
**HUSCH BLACKWELL LLP**
6 The Plaza in Clayton Office Tower
190 Carondelet Plaza, Suite 600
7 St. Louis, MO 63105
*Telephone: (213) 362-7777*
8 *Facsimile: (213) 362-7788*

9 **Laura B. Staley  #52092 (pro hac vice forthcoming)**
**HUSCH BLACKWELL LLP**
10 190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
11 *Telephone: (314) 345-6243*
*Facsimile: (314) 480-1505*

12

13 Attorneys for Defendant, ARCH CHEMICALS, INC.

14
## UNITED STATES DISTRICT COURT
15
## EASTERN DISTRICT OF CALIFORNIA
16
### FRESNO DIVISION
17
\* \* \* \* \*

| | |
|---|---|
| 18  NADINE CANSLER, | Case No.: **1:12-cv-00023-AWI-GSA** |
| 19       Plaintiff, | **STIPULATION TO EXTEND TIME TO ALLOW ARCH CHEMICALS, INC TO APPEAR AND RESPOND TO COMPLAINT; ORDER THEREON** |
| 20  vs. | |
| 21  ARCH CHEMICALS, INC. and DOES 1 through 50, inclusive, | |
| 22       Defendants. | |

24      Plaintiff, NADINE CANSLER, ("Plaintiff") and Defendant, ARCH CHEMICALS, INC.

25 ("Defendant"), by and through their attorneys of record, agree as follows:

26      Plaintiff, NADINE CANSLER agrees that Defendant, ARCH CHEMICALS, INC. shall

27 have through and including **February 3, 2012** to respond to the Complaint filed by Plaintiff on

28 November 18, 2011 in the Tulare County Superior Court.

IT IS THEREFORE STIPULATED, pending a further order of the Court, that Defendant, ARCH CHEMICALS, INC., be allowed to appear and respond on or before **February 3, 2012** to the Complaint filed on November 18, 2011.

                                          Respectfully submitted,

DATED: January 26, 2012.         HOPPE LAW GROUP

By: /s/ Theodore W. Hoppe
     Theodore W. Hoppe
     Attorneys for Defendant
     ARCH CHEMICALS, INC.

Respectfully submitted,

DATED: January 26, 2012.         LAW OFFICES OF ERIC P. OREN

By: /s/ Eric P. Oren
     Eric P. Oren
     Attorneys for Plaintiff
     NADINE CANSLER.

# O R D E R

Pursuant to the parties' stipulation, Defendant, ARCH CHEMICALS, INC. is hereby granted an extension through **February 3, 2012** to file a response to the Complaint.

IT IS SO ORDERED.

**Dated:  January 31, 2012**         /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE