# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

* * * * *

| | |
|---|---|
| NADINE CANSLER, | Case No.: 1:12-cv-00023-AWI-GSA |
| Plaintiff, | **ORDER PARTIALLY ADOPTING STIPULATION FOR RE: VIDEO CONFERENCE DEPOSITION** |
| vs. | |
| ARCH CHEMICALS, INC. and DOES 1 through 50, inclusive, | **(Doc. 22)** |
| Defendants. | |

On July 23, 2012, the parties filed a stipulation that the following depositions will be taken via video conference : Michael Villegas, Sharon Harvey, ShaRonda Hoxie, Vicki Pringle, and Kyoko Roberts. The parties have also stipulated that the videotaped depositions may be used at trial pursuant to the Federal Rules of Civil Procedure.

The Court adopts the stipulation relating to the videotaping of the deposition, but does not adopt the stipulation that the videotaped deposition will be can be used at trial. Any motion related to the use of videotaped testimony at trial will need to be presented to the trial judge and will be adjudicated accordingly.

IT IS SO ORDERED.

Dated:  **July 27, 2012**            **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE