Eric P. Oren, #106129
**LAW OFFICES OF ERIC P. OREN, INC.**
225 West Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 224-5900
Facsimile: (559) 224-5905
epo@ericorenlaw.com

Attorneys for Plaintiff, NADINE CANSLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NADINE CANSLER<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARCH CHEMICALS, INC. and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00023-AWI-GSA<br><br>ORDER REGARDING DISMISSAL |

Pursuant to the stipulation of the parties entered in this matter and filed on 9/17/2012,

IT IS HEREBY ORDERED, that this case is hereby dismissed with prejudice, each party to bear their own costs pursuant to FRCP 41 (a)(1)

IT IS SO ORDERED.

Dated:   September 17, 2012                _____
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE