Eric P. Oren, #106129
**LAW OFFICES OF ERIC P. OREN, INC.**
225 West Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 224-5900
Facsimile: (559) 224-5905
epo@ericorenlaw.com

Attorneys for Plaintiff, NADINE CANSLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| NADINE CANSLER | Case No.: 1:12-cv-00023-AWI-GSA |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING DISMISSAL |
| ARCH CHEMICALS, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties entered in this matter and filed on 9/17/2012,

IT IS HEREBY ORDERED, that this case is hereby dismissed with prejudice, each party to bear their own costs pursuant to FRCP 41 (a)(1)

IT IS SO ORDERED.

Dated:   September 17, 2012                    _____
                                               CHIEF UNITED STATES DISTRICT JUDGE